

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF EL PASO, TEXAS, | § | No. 08-18-00199-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| MESA EXECUTIVE PARK, L.P., | § | of El Paso County, Texas Court |
| Appellee. | § | (TC# 2017-DCV-1101) |
| | § | |

## <u>MEMORANDUM OPINION</u>

The City of El Paso, Appellant, has moved to voluntarily dismiss this appeal because the parties have settled their dispute. The motion to dismiss is granted, and this appeal is dismissed. Pursuant to the parties' agreement, each party will bear its own costs. *See* TEX.R.APP.P. 42.1(d).

August 12, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.